United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30424
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEWELL VAUGHN, III,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-CR-10019-ALL
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jewell

Vaughn, III, on direct appeal has filed a motion to withdraw and

a brief pursuant to Anders v. California, 386 U.S. 738, 744

(1967). Vaughn has not filed a response. Our independent

review of the brief and the record discloses no nonfrivolous

issue in this direct appeal. Accordingly, the motion for

leave to withdraw is GRANTED, counsel is excused from further

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.